District Judge Marsha J. Pechman
Chief Magistrate Judge Theresa L. Fricke

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **G.S.**, | ) |
| | ) Case No. 2:25-cv-01255-MJP-TLF |
| Petitioner, | ) |
| | ) [~~PROPOSED~~] |
| v. | ) **ORDER GRANTING TEMPORARY** |
| | ) **RESTRAINING ORDER** |
| **Cammila Wamsley**, et al., | ) |
| | ) |
| Respondents. | ) |

Upon consideration of Petitioner's motion for temporary restraining order (Dkt. No. 28), Respondents' Non-Opposition (Dkt. No. 29), the record before the court, the issues of fact and law presented for consideration, and after being fully advised, the Court finds Petitioner has demonstrated:

1. A likelihood of success on the merits;

2. A likelihood of irreparable harm in the absence of preliminary relief;

3. That the balance of equities tips in Plaintiff's favor; and

4. That the requested relief is in the public interest.

~~PROPOSED~~ ORDER GRANTING
TEMPORARY RESTRAINING ORDER
No. 2:25-cv-01255-MJP-TLF

- 1 -

DOBRIN & HAN, PC
2912 E. Cherry Street
Seattle, Washington 98122
(206) 448-3440

*See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Motion for Temporary Restraining Order is GRANTED;

2. Respondents shall immediately release Petitioner from detention, and shall not re-detain Petitioner absent advance notice to and leave of this Court;

3. Respondents shall return Petitioner's removal proceedings to the jurisdiction of the Portland, Oregon immigration court;

4. Petitioner shall not post security, as required by Fed. R. Civ. P. 65(c); and

5. The Court retains jurisdiction to enforce and modify this Order as justice requires.

**IT IS SO ORDERED.**

Dated: September 5, 2025.

*[signature]*

Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING
TEMPORARY RESTRAINING ORDER
No. 2:25-cv-01255-MJP-TLF

DOBRIN & HAN, PC
2912 E. Cherry Street
Seattle, Washington 98122
(206) 448-3440

- 2 -