UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| G.S.,<br><br>　　　　　Petitioner,<br><br>v.<br><br>DREW BOSTOCK, et al.,<br><br>　　　　　Respondent. | Case No. 2:25-cv-01255-JNW-TLF<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)　The Court ADOPTS the Report and Recommendation.

(2)　Petitioner's habeas corpus petition is GRANTED (Dkt. 1).

(3)　Respondents' motion to dismiss is DENIED (Dkt. 24).

(4)　Respondents shall not re-detain Petitioner without a pre-detention hearing.

Dated this 28th day of October 2025.

　　　　　　　　　　　　　　　　　　JAMAL N. WHITEHEAD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1