# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| G.S.,<br><br>                Petitioner,<br><br>   v.<br><br>DREW BOSTOCK, et al.,<br><br>                Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:25-cv-01255-JNW-TLF |

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. Petitioner's habeas corpus petition is GRANTED.

Dated this 28th day of October 2025.

                                              <u>Ravi Subramanian</u>
                                              Clerk of Court

                                              <u>s/ *Kathleen Albert*</u>
                                              Deputy Clerk